**Steve HILL, individually and in his capacity as County Executive of Lawrence County, Tennessee, Defendant–Appellee.**

No. 00–5171.

United States Court of Appeals, Sixth Circuit.

Feb. 28, 2001.

Before MERRITT, NELSON, and SUHRHEINRICH, Circuit Judges.

PER CURIAM.

This is a case in which the plaintiff, the personal secretary to the former Mayor, was fired when the new Mayor took office after defeating her former boss. District Judge Higgins, relying on a recommendation by Magistrate Judge Griffith, concluded that the case is controlled by *Faughender v. City of North Olmsted, Ohio,* 927 F.2d 909 (6th Cir.1991), finding it to be directly in point. We agree and accordingly affirm the judgment of the District Court for the reasons stated in Magistrate Judge Griffith's Report found in the Appendix at page ——.

**Kevin E. MAISEL, Plaintiff–Appellant,**

v.

**OHIO STATE UNIVERSITY Defendant–Appellee.**

No. 99–3403.

United States Court of Appeals, Sixth Circuit.

Feb. 28, 2001.

Before MARTIN, Chief Judge; KENNEDY and SUHRHEINRICH, Circuit Judges.

PER CURIAM.

Kevin Eugene Maisel, a former employee of Ohio State University, sued his em-

ployer under the Americans with Disabilities Act. The University filed a motion to dismiss, arguing in part that the Act was unconstitutional as applied to the states. The district court granted the University's motion, and Maisel appealed. This case is now controlled by *Trustees of University of Alabama v. Garrett*, 531 U.S. 356, 121 S.Ct. 955, 148 L.Ed.2d 866 (2001), which held that the Eleventh Amendment bars state employees from bringing claims against their employers under Title 1 of the Americans with Disabilities Act. We therefore AFFIRM the district court's grant of the defendant's motion to dismiss.